THE BANK OF AMERICA NATIONAL ASSOCIATION, as Trustee for the Benefit of E. GATES BARNARD, v. CHURCH E. GATES & Co., INC., and Others.— Motion

denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

MORGAN LUMBER COMPANY, INC., and Others, v. MORRIS WEISS, Impleaded with Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, McAvoy, O'Malley and Sherman, JJ.